**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                              :          CHAPTER 13
                                                    :
    GARY DEWAYNE McNEAL                             :          Bankruptcy No.  17-10442-ref
              Debtor                                :

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 17th day of August, 2017, Zachary Zawarski, Esquire, Attorney for

Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1.      On July 26, 2017, he filed an Application for Compensation and Reimbursement

of Expenses, as Attorney for Debtor.

2.      Notice was served on the U.S. Trustee and all parties in interest as previously

certified on July 26, 2017.

3.      To date, he has received no answer or objection to the Application for

Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable

Court enter the Order which was attached to the Application.


Dated: 8/17/2017                         By:    */s/ Zachary Zawarski*_____
                                                ZACHARY ZAWARSKI, ESQUIRE
                                                3001 Easton Avenue
                                                Bethlehem, PA 18017
                                                Phone: (610) 417-6345
                                                Fax: (610) 465-9790
                                                zzawarski@zawarskilaw.com
                                                Attorney ID No.: 308348
                                                Attorney for Debtor