# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GARY DEWAYNE McNEAL | : | Bankruptcy No. 17-10442-ref |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of TWO THOUSAND and xx/100 Dollars ($2,000.00), of which ONE THOUSAND and xx/100 Dollars ($1,000.00) has been paid and ONE THOUSAND and xx/100 Dollars ($1,000.00) is unpaid, and the expenses charged in the amount of THIRTY-FIVE and 39/100 Dollars ($35.39), are hereby approved.

**Date: August 17, 2017**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE