| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-10442-PMM

GARY DEWAYNE MC NEAL
4309 EMBUR TERRACE
EASTON  PA    18045

Petition Filed Date: 01/20/2017
341 Hearing Date: 04/18/2017
Confirmation Date: 07/27/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $650.00 | | 02/15/2019 | $625.00 | | 03/18/2019 | $625.00 | |
| 04/15/2019 | $625.00 | | 05/22/2019 | $625.00 | Monthly Plan P | 06/24/2019 | $625.00 | Monthly Plan P |
| 07/22/2019 | $625.00 | Monthly Plan P | 08/26/2019 | $625.00 | Monthly Plan P | 09/16/2019 | $625.00 | |
| 10/15/2019 | $625.00 | 6254922000 | 11/18/2019 | $625.00 | 6339042000 | 12/16/2019 | $625.00 | 6408711000 |
| 01/17/2020 | $750.00 | 6488501000 | 02/18/2020 | $750.00 | 6566559000 | 03/16/2020 | $750.00 | 6643538000 |
| 04/15/2020 | $750.00 | 6713404000 | 05/14/2020 | $750.00 | 6789995000 | 06/15/2020 | $750.00 | 6867299000 |
| 07/15/2020 | $750.00 | 6938968000 | | | | | | |

**Total Receipts for the Period: $12,775.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXP CENTURION BANK<br>»» 003 | Unsecured Creditors | $5,097.17 | $3,026.82 | $2,070.35 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,366.02 | $8,530.90 | $5,835.12 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $8,608.88 | $5,112.15 | $3,496.73 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $121.77 | $121.77 | $0.00 |
| 5 | MUNICIPAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $1,605.01 | $953.08 | $651.93 |
| 6 | MUNICIPAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $330.61 | $188.88 | $141.73 |
| 7 | ZACHARY ZAWARSKI ESQ<br>»» 007 | Attorney Fees | $1,035.39 | $1,035.39 | $0.00 |

**Chapter 13 Case No. 17-10442-PMM**

|  | SUMMARY |  |  |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,550.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $18,968.99 | Arrearages: | ($25.00) |
| Paid to Trustee: | $1,898.57 | Total Plan Base: | $35,025.00 |
| Funds on Hand: | $682.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.