Certificate Number: 17572-PAE-DE-034819559

Bankruptcy Case Number: 17-10442



17572-PAE-DE-034819559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2020, at 11:54 o'clock AM PDT, Gary D McNeal completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 27, 2020              By:   /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor