Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-10442-PMM**

GARY DEWAYNE MC NEAL  
4309 EMBUR TERRACE  
EASTON  PA    18045

Petition Filed Date: 01/20/2017  
341 Hearing Date: 04/18/2017  
Confirmation Date: 07/27/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $750.00 | 6488501000 | 02/18/2020 | $750.00 | 6566559000 | 03/16/2020 | $750.00 | 6643538000 |
| 04/15/2020 | $750.00 | 6713404000 | 05/14/2020 | $750.00 | 6789995000 | 06/15/2020 | $750.00 | 6867299000 |
| 07/15/2020 | $750.00 | 6938968000 | 08/17/2020 | $750.00 | 7006062000 | 09/16/2020 | $750.00 | 7088942000 |
| 10/15/2020 | $750.00 | 7158955000 | 11/16/2020 | $750.00 | 7235058000 | 12/15/2020 | $750.00 | 7308364000 |
| 01/15/2021 | $750.00 | 7381415000 | 02/16/2021 | $750.00 | 7451021000 | 03/15/2021 | $750.00 | 7521655000 |
| 04/15/2021 | $750.00 | 7600778000 | 05/17/2021 | $750.00 | 7672388000 | | | |

**Total Receipts for the Period: $12,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN EXP CENTURION BANK<br>»» 003 | Unsecured Creditors | $5,097.17 | $4,200.16 | $897.01 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,366.02 | $11,837.80 | $2,528.22 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $8,608.88 | $7,093.84 | $1,515.04 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $121.77 | $121.77 | $0.00 |
| 5 | MUNICIPAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $1,605.01 | $1,322.55 | $282.46 |
| 6 | MUNICIPAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $330.61 | $272.42 | $58.19 |
| 7 | ZACHARY ZAWARSKI ESQ<br>»» 007 | Attorney Fees | $1,035.39 | $1,035.39 | $0.00 |

**Chapter 13 Case No. 17-10442-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,050.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $25,883.93 | Arrearages: | ($25.00) |
| Paid to Trustee: | $2,491.07 | Total Plan Base: | $35,025.00 |
| Funds on Hand: | $675.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.